1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11    BALDEV KHELA, et al.,                  No. 1:19-cv-0972-NONE-SKO
12              Plaintiffs,
13         v.                                **ORDER GRANTING THE PARTIES'
                                             STIPULATED REQUEST**
14    SAFECO INSURANCE COMPANY OF            **ORDER MODIFYING SCHEDULING
      AMERICA,                               ORDER**
15
              Defendant.                     **(Doc. 13)**
16
17
18         On July 15, 2019, Plaintiffs filed this case against Defendants, (Doc. 1), and on November

19    18, 2019, the Court issued a scheduling order, (Doc. 11).  The parties now seek to continue all
20
      deadlines by approximately 90 days.  (Doc. 13.)  The parties state that modification of the
21
      scheduling order is necessary due to the coronavirus (COVID-19) pandemic and related state and
22
23    local restrictions that have impeded the progress of non-expert discovery. (*See id.* at 2.)  The parties

24    also request the modification to attempt to resolve the case at an August 18, 2020 mediation, as

25    opposed to expending more resources on discovery.  (*See id.*)  The Court finds that the parties have
26
      shown good cause to extend the deadlines and will grant the stipulation.
27
28

Accordingly, for good cause shown, the Court GRANTS the parties' request and will modify the scheduling order and enlarge the deadlines as set forth below.[1]  The Court will separately set a settlement conference date based on the parties' proposed dates set forth in their "Joint Statement Regarding Proposed Settlement Conference Dates" filed on June 26, 2020, (Doc. 14).

| Event | Prior Date | Continued Date |
|---|---|---|
| Non-Expert Discovery Completion | August 26, 2020 | November 25, 2020 |
| Expert Disclosures | September 9, 2020 | December 9, 2020 |
| Rebuttal Expert Disclosures | September 23, 2020 | December 23, 2020 |
| Expert Discovery Completion | October 23, 2020 | January 22, 2021 |
| Non-Dispositive Motion Filing | November 6, 2020 | February 5, 2021 |
| Non-Dispositive Motion Hearing | December 9, 2020 | March 10, 2021 |
| Dispositive Motion Filing | November 6, 2020 | February 5, 2021 |
| Dispositive Motion Hearing | December 17, 2020 | March 17, 2021 |
| Pretrial Conference | February 11, 2021 | May 10, 2021 at 2:30 p.m. |
| Trial | April 6, 2021 | July 13, 2021 |

IT IS SO ORDERED.

Dated:   **June 30, 2020**                        /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has adjusted certain dates to conform to the Court's scheduling requirements.